TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00519-CR

Billy Ray Handsell, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT

NO. 95-332-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
Counsel's motion for leave to withdraw is dismissed. The appeal is dismissed.

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: March 4, 1999

Do Not Publish